UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CESAR RAMIREZ-ORTIZ,

        Defendant.
_____/     **INDICTMENT**

The Grand Jury charges:

## **COUNT 1**
(Aggravated Felon Reentry)

On or about November 21, 2025, in Ottawa County, in the Western District of Michigan, Southern Division,

CESAR RAMIREZ-ORTIZ,

being an alien who had previously been removed after having been convicted of an aggravated felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(2)
8 U.S.C. § 1101(a)(43)(A)

Case 1:25-cr-00175-PLM    ECF No. 2,  PageID.5    Filed 12/09/25    Page 2 of 2

## COUNT 2
(Failure to Register)

Beginning on or before September 9, 2025, the exact date being unknown, and continuing until on or about November 21, 2025, in Ottawa County, in the Southern Division of the Western District of Michigan, and elsewhere,

CESAR RAMIREZ-ORTIZ,

an individual required to register under the Sex Offender Registration and Notification Act, traveled in interstate or foreign commerce, and knowingly failed to register as required by the Sex Offender Registration and Notification Act.

Specifically, on or about November 28, 2012, in Cook County, Illinois, the defendant was convicted of indecent solicitation of a child, which required the defendant to register as a sex offender. On an unknown date after his release from prison and removal from the United States on April 1, 2016, the defendant reentered the United States and began residing in Ottawa County, Michigan. The defendant failed to register as a resident in Michigan.

18 U.S.C. § 2250(a)
34 U.S.C. § 20911 et seq.

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_Donald Daniels_
_____
DONALD DANIELS
Assistant United States Attorney